## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THERESA DAVIS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 14-5981** |
| **v.** | : | |
| | : | |
| **TEMPLE UNIVERSITY HOSPITAL, INC.,** | : | |
| **Defendant.** | : | |

## ORDER

This 16th day of November, 2015, upon consideration of Defendant's Motion for Summary Judgment and Plaintiff's Opposition, it is **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED with prejudice.**


     /s/ Gerald Austin McHugh
United States District Court Judge